UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

NONA HALL,

    Plaintiff,                                              CASE NO.:  4:18-cv-00002-RL-JEM

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Nona Hall, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to: Erin Hoffman, Esquire, at erin.hoffman@faegrebd.com; Carl Greci, Esquire, at carl.greci@faegrebd.com; and Dustin DeNeal, Esquire, at dustin.deneal@faegrebd.com on this 13th day of April, 2018.

                                                      */s/Frank H. Kerney, III, Esquire*
                                                      Frank H. Kerney, III, Esquire
                                                      Florida Bar #: 88672
                                                      *Admitted Pro Hac Vice*
                                                      Morgan & Morgan, Tampa, P.A.
                                                      One Tampa City Center
                                                      201 North Franklin Street, 7th Floor
                                                      Tampa, FL 33602
                                                      Telephone: (813) 223-5505
                                                      Facsimile:  (813) 223-5402
                                                      fkerney@forthepeople.com
                                                      jkneeland@forthepeople.com
                                                      snazario@forthepeople.com
                                                      *Counsel for Plaintiff*