UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

NONA HALL,

  Plaintiff,                                                   CASE NO.: 4:18-CV-00002-RL-JEM

-vs-

CAPITAL ONE BANK, N.A.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Nona Hall, and the Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 6th day of July, 2018.

| | |
|---|---|
| /s/Frank H. Kerney, III, Esquire | /s/Erin Hoffman, Esquire |
| Frank H. Kerney, III, Esquire | Erin Hoffman, Esquire |
| Florida Bar #: 88672 | Minnesota Bar #: 0387835 |
| Morgan & Morgan, Tampa, P.A. | FAEGRE BAKER DANIELS, LLP |
| One Tampa City Center | 2200 Wells Fargo Center, 90 South 7th Street |
| 201 North Franklin Street, 7th Floor | Minneapolis, MN 55402 |
| Tampa, FL 33602 | Telephone: (612) 766-8043 |
| Telephone: (813) 223-5505 | Facsimile: (612) 766-1600 |
| Facsimile: (813) 223-5402 | erin.hoffman@faegrebd.com |
| fkerney@forthepeople.com | *Counsel for Defendant* |
| snazario@forthepeople.com | |
| *Counsel for Plaintiff* | |